PHILLIP A. TALBERT
United States Attorney
CHAN HEE CHU
Special Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:22-po-00207-SAB |
|---|---|
| Plaintiff, | [Citations #F5339580, CA/42; F5339581, CA42] |
| v. | |
| MICHAEL A. GARCIA | MOTION TO CONVERT CITATIONS TO FORFEITURES OF COLLATERAL |
| Defendant. | |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Chan Hee Chu, Special Assistant United States Attorney, hereby moves to convert Defendant MICHAEL A. GARCIA's [Citations #F5339580, CA/42; F5339581, CA42] to forfeitures of collateral (bailable citations), in the amounts of $200 and $150 respectively, with an additional Central Violations Bureau processing fee of $30 for each citation. The parties have reached a resolution where Defendant will pay the sum total of $410 through the Central Violations Bureau within thirty (30) days.

DATED: December 23, 2022               Respectfully submitted,

                                       PHILLIP A. TALBERT
                                       United States Attorney

                                By:    /s/ *Chan Hee Chu*
                                       CHAN HEE CHU
                                       Special Assistant United States Attorney

1

U.S. v. Garcia
Case No. 1:22-po-000207-SAB

**O R D E R**

IT IS HEREBY ORDERED that [Citations #F5339580, CA/42; F5339581 CA 42] in Case No. 1:22-po-00207-SAB against MICHAEL A. GARCIA be converted to forfeitures of collateral, in the amounts of $200 and $150 respectively, with an additional Central Violations Bureau processing fee of $30 for each citation, to be paid by Defendant within thirty (30) days through the Central Violations Bureau.

IT IS SO ORDERED.

Dated: **December 23, 2022**

UNITED STATES MAGISTRATE JUDGE